**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6762**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

VINCENT JENNELL, JR.,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, Senior District Judge.  (CR-02-32)

———————

Submitted:  July 14, 2005        Decided:  July 27, 2005

———————

Before WILKINSON, LUTTIG, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Vincent Jennell, Jr., Appellant Pro Se.  Donald Ray Wolthuis, John Leslie Brownlee, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vincent Jennell, Jr., appeals the district court order denying his motion to withdraw his guilty plea. We have reviewed the record and the district court's order and affirm for the reasons of the district court. See United States v. Jennell, No. CR-02-32 (W.D. Va. Apr. 19, 2005). We grant the motion to proceed on appeal in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED